IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-20-D

| ANDERSON CREEK PARTNERS, LP, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALLIED PROPERTY AND CASUALTY INSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

On March 20, 2018, plaintiff filed a first amended complaint [D.E. 19]. Defendant's motion for judgment on the pleadings concerning the original complaint [D.E. 14] is DISMISSED as moot.

SO ORDERED. This 19 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge